**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01321-CV

**MARK RINES, Appellant**

**V.**

**CITY OF CARROLLTON, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07615**

## ORDER

Before the Court is court reporter Vielica Dobbins's October 17, 2016 request for extension of time to file the reporter's record. We **GRANT** Ms. Dobbin's request and **ORDER** the reporter's record be filed no later than **5 P.M. OCTOBER 24, 2016**.

This appeal cannot proceed until the issue of the reporter's record is resolved. We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **SHALL** result in an order that she not sit as a court reporter until she complies.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE